**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| GLORIA EATON, individually and on behalf of all others similarly situated, | ) CASE NO:  1:22-cv-00917-VMC |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE LITIGATION PRACTICE | ) |
| GROUP, PC, | ) |
| | ) |
| Defendant. | ) |

---

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT**

---

COME NOW, Plaintiff Gloria Eaton and Defendant The Litigation Practice Group, P.C., and file this, their Consent Motion for Extension of Time for Defendant to Respond to Plaintiff's Second Amended Complaint, and show this Honorable Court the following:

Plaintiff filed her Class Action Complaint for Damages on January 28, 2022 in the DeKalb County State Court. Defendant timely removed the action to this Court on March 4, 2022. Defendant filed its first Motion to Dismiss on March 11,

2022.  Plaintiff then amended her Complaint pursuant to Fed. R. Civ. P. 15 (a) (1)

(A) on March 12, 2022 thereby mooting Defendant's First Motion to Dismiss.

Defendant renewed its Motion to Dismiss on March 25, 2022.   Defendant's

Motion to Dismiss was denied by the Court on November 3, 2022, and the

Second Amended Complaint was also filed on November 3, 2022.

Defendant has requested, and Plaintiff has consented, to an extension to

December 1, 2022 for Defendant to respond to the Second Amended Complaint.

This request is not imposed for delay.   Defendant shows the Court that the

Defendant's local counsel is out of town during the week of November 14 and the

following week is the Thanksgiving holiday, and no prejudice shall arise from the

extension to December 1.

Respectfully submitted, this 10th day of November, 2022.


SIGNATURES ON FOLLOWING PAGE

**HAYS & POTTER LLP**


___/s/ James W. Hays___
JAMES W. HAYS
Georgia Bar No. 340910
3945 Holcomb Bridge Road, Suite 300
Peachtree Corners, GA  30092
770-934-8858
770/934-8932 (fax)
Beau@hayspotter.com
*Counsel for Defendant*


**LUPER      NEIDENTHAL      &      LOGAN**
 A Legal Professional Association

___/s/ Kyle T. Anderson___
Christopher R. Pettit
(OH B#: 0065694)
Matthew T. Anderson
(OH B#: 0082730)
Kyle T. Anderson
(OH B#: 0097806)
1160 Dublin Road, Suite 400
Columbus, Ohio 43215-1052
(614) 221-7663
Fax: (866) 345-4948
cpettit@LNLattorneys.com
manderson@LNLattorneys.com
kanderson@LNLattorneys.com
*Counsel for Defendant*

**HURT STOLZ, PC**


___/s/ James W. Hurt___
James W. Hurt
Georgia Bar No. 380104
1551 Jennings Mill Road
Suite 3100-B
Watkinsville, Georgia
(706) 395-2750
Facsimile: 700-996-2576
jhurt@hurtstolz.com
*Counsel for Plaintiff*


**SKAAR & FEAGLE, LLP**


___/s/ Kris Skaar___
Kris Skaar
Georgia Bar No. 649610
James M. Feagle
Georgia Bar No. 256916
Chelsea R. Feagle
Georgia Bar No. 256916
2374 Main Street, Suite B
Tucker, Georgia 30084
(404) 373-1970
Facsimile: 404-601-1855
jfeagle@skaarandfeagle.com
*Counsel for Plaintiff*

3

LOCAL RULE 5. 1 CERTIFICATION

I hereby certify that this Consent Motion has been prepared with

the font type and margin requirements of Times New Roman, 14-point font, in

accordance with Local Rule 5.1.

Respectfully submitted, this 10th day of November, 2022

HAYS & POTTER, LLP

/s/ James W. Hays

3945 Holcomb Bridge Rd.        James W. Hays
Suite 300                      Attorney for Defendant
Peachtree Corners, GA  30092   Georgia Bar No: 340910
(770) 934-8858
beau@hayspotter.com

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed on November 10, 2022, via the Court's CM/ECF system, which will provide notice to Plaintiff's counsel.

HAYS & POTTER, LLP

_____ /s/ James W. Hays

3945 Holcomb Bridge Rd.  James W. Hays
Suite 300  Attorney for Defendant
Peachtree Corners, GA  30092  Georgia Bar No: 340910
(770) 934-8858
beau@hayspotter.com

5